In the Matter of ANTHONY CONSTANTINO et al., Appellants; JOSEPH J. CIOFFI et al., Respondents.

In the Matter of ANTHONY CONSTANTINO et al., Appellants; JOSEPH J. VERDICCHIO et al., Respondents.

Argued September 11, 1941; decided September 11, 1941.

*Philip J. Zichello* for appellant.

*John P. Sweeny* for Joseph J. Cioffi et al., respondents.

*Joseph A. Muccia* for Joseph J. Verdicchio et al., respondents.

In each proceeding order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.